IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Amanda Parks | : | |
| Plaintiff, | : | Case No. 2:11-cv-458 |
| v. | : | Judge Sargus |
| John Morris, et al. | : | Magistrate Judge Deavers |
| Defendants. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Civ. R. 41(a) Plaintiff Amanda Parks hereby voluntarily dismisses all remaining claims in the above captioned matter, with prejudice. All remaining parties stipulate and agree to the dismissal with prejudice.

ORDERED, ADJUDGED, AND DECREED that the within case be, and hereby is, DISMISSED, in its entirety, with prejudice, as to any and all claims and parties.

IT IS SO ORDERED

_____ 9-7-2011
U.S. DISTRICT COURT JUDGE SARGUS

Prepared and submitted:

/s/ Sky Pettey
Sky Pettey - 0072041
Trial Attorney for Plaintiff

Agreed and stipulated:

/s/ Randall Lambert
Randall Lambert - 0017987
Trial Attorney for Defendant Mace